# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>501 School Street SW, Suite 500<br>Washington, DC 20024,<br><br>       Plaintiff,<br>     vs.<br><br>U.S. DEPARTMENT OF COMMERCE,<br>14th Street and Constitution Avenue NW<br>Washington, DC 20230<br><br>      and<br><br>CARLOS GUTIERREZ, Secretary, U.S.<br>     Department of Commerce,<br>14th Street and Constitution Avenue NW<br>Washington, DC 20230<br><br>      Defendants | Civil Action No. 07-cv-1446 (PLF) |

## NOTICE OF APPEARANCE

Please take notice that James C. Luh will appear in this action as counsel for defendants U.S. Department of Commerce and Carlos Gutierrez, Secretary, U.S. Department of Commerce. Mr. Luh appears in this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court for the District of Columbia and is not a member of the District of Columbia Bar.

Dated: August 13, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

## <u>CERTIFICATION OF FAMILIARITY WITH LOCAL RULES OF COURT</u>

I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.


/s/ <u>JAMES C. LUH</u>
JAMES C. LUH