IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>501 School Street, SW, Suite 500 )<br>Washington, D.C. 20024, )<br>          )<br>          Plaintiff, )<br>          )<br>v.         )<br>          )<br>U.S. DEPARTMENT OF COMMERCE, )<br>14th Street and Constitution Avenue, N.W. )<br>Washington, D.C. 20230, )<br>          )<br>and         )<br>          )<br>CARLOS GUTIERREZ, in his official capacity as )<br>Secretary of the U.S. Department of Commerce, )<br>14th Street and Constitution Avenue, N.W. )<br>Washington, D.C. 20230, )<br>          )<br>          Defendants. )<br>_____ ) | Civil Action No. 07-1446 (PLF) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Counsel hereby submit this joint status report and proposed briefing schedule in regard to Plaintiff's pending application for a temporary restraining order and/or preliminary injunction. The parties have attempted to reach an agreement on interim relief. Having been unable to reach such an agreement, the parties respectfully request that the Court move forward with scheduling a hearing and enter the following proposed briefing schedule:

| | |
|---|---|
| Defendants' Opposition to Plaintiff's Application for a Temporary Restraining Order and/or Preliminary Injunction | Wednesday, August 15, 2007 at 12:00 p.m. |

| | |
|---|---|
| Plaintiff's Reply in Support of Application for a Temporary Restraining Order and/or Preliminary Injunction | Wednesday, August 15, 2007 at 5:00 p.m. |

Respectfully submitted,

/s/  James F. Peterson  
James F. Peterson  
D.C. Bar No. 450171  
JUDICIAL WATCH, INC.  
Suite 500  
501 School Street, S.W.  
Washington, D.C.  20024  
Tel: (202) 646-5172  
Fax: (202) 646-5199  
E-mail: jpeterson@judicialwatch.org  

Attorney for Plaintiff

/s/ James C. Luh  
James C. Luh  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave NW  
Washington DC 20530  
Tel: (202) 514-4938  
Fax: (202) 616-8460  
E-mail: James.Luh@usdoj.gov  

Attorney for Defendants

Dated:  August 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) <br> 501 School Street, SW, Suite 500 ) <br> Washington, D.C. 20024, ) <br>    ) <br>     Plaintiff, ) <br>    ) <br> v. ) <br>    ) <br> U.S. DEPARTMENT OF COMMERCE, ) <br> 14th Street and Constitution Avenue, N.W. ) <br> Washington, D.C. 20230, ) <br>    ) <br> and ) <br>    ) <br> CARLOS GUTIERREZ, in his official capacity as ) <br> Secretary of the U.S. Department of Commerce, ) <br> 14th Street and Constitution Avenue, N.W. ) <br> Washington, D.C. 20230, ) <br>    ) <br>     Defendants. ) <br> _____) | Civil Action No. 07-1446 (PLF) |

## **[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties Joint Status Report and Proposed Briefing Schedule, it is hereby

**ORDERED** that:

This case shall proceed with the following deadlines:

| | |
|---|---|
| Defendants' Opposition to Plaintiff's Application for a Temporary Restraining Order and/or Preliminary Injunction | Wednesday, August 15, 2007 at 12:00 p.m. |
| Plaintiff's Reply in Support of Application for a Temporary Restraining Order and/or Preliminary Injunction | Wednesday, August 15, 2007 at 5:00 p.m. |

and it is

**FURTHER ORDERED** that:

A hearing on plaintiff's application for a temporary restraining order or preliminary injunction will be held by this Court on August, ___, 2007, in Courtroom _____, at ___:___.

**SO ORDERED.**

_____
U.S. District Court Judge

Date:   August ___, 2007