**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-1446 |
| | : | |
| v. | : | Document No.:   3 |
| | : | |
| U.S. DEPARTMENT OF COMMERCE, | : | |
| | : | |
| and | : | |
| | : | |
| CARLOS GUTIERREZ, in his official capacity as Secretary of the U.S. Department of Commerce, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**DENYING THE PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

In the interest of providing the parties an expedited resolution to the issue of the temporary restraining order set before the court, it is this 16th day of August, 2007, hereby

**ORDERED** that the plaintiff's motion for a temporary restraining order is **DENIED**. A memorandum opinion setting forth the court's reasoning will follow.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
