CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.          )
                              )
                              )
                              )
         Plaintiff            )
     v.                       )    Civil Case Number 07-1446 (RMU)
                              )
                              )    Category D
U.S. DEPARTMENT OF            )
   COMMERCE, et al.           )
         Defendant            )

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 16, 2007 from Judge Paul L. Friedman to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case transferred by Consent.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Urbina & Courtroom Deputy
      Judge Friedman & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk