IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, SW, Suite 500<br>Washington, D.C. 20024,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br>14th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20230,<br><br>and<br><br>CARLOS GUTIERREZ, in his official capacity as<br>Secretary of the U.S. Department of Commerce,<br>14th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20230,<br><br>      Defendants. | Civil Action No. 07-1446 (RMU) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
APPLICATION FOR A PRELIMINARY INJUNCTION**

      PLEASE TAKE NOTICE that Plaintiff Judicial Watch, Inc. hereby withdraws Plaintiff's pending application for a preliminary injunction [Docket No. 3].

Dated: August 28, 2007                      Respectfully submitted,

                                                         JUDICIAL WATCH, INC.

                                                         /s/ James F. Peterson
                                                         James F. Peterson
                                                         D.C. Bar No. 450171
                                                         501 School Street, S.W., Suite 500
                                                         Washington, D.C. 20024
                                                         (202) 646-5172

                                                         *Attorneys for Plaintiff*