IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>501 School Street, SW, Suite 500 )<br>Washington, D.C. 20024, )<br>          )<br>     Plaintiff, )<br>          )<br>v.         ) | Civil Action No. 07-1446 (RMU) |
| ) | |
| U.S. DEPARTMENT OF COMMERCE, )<br>14th Street and Constitution Avenue, N.W. )<br>Washington, D.C. 20230, )<br>          )<br>and         )<br>          )<br>CARLOS GUTIERREZ, in his official capacity as )<br>Secretary of the U.S. Department of Commerce, )<br>14th Street and Constitution Avenue, N.W. )<br>Washington, D.C. 20230, )<br>          )<br>     Defendants. )<br>_____) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Plaintiff, by counsel, respectfully requests an extension of time, through and including November 6, 2007, to respond to Defendant's Motion to Dismiss for Lack of Jurisdiction or Failure to State a Claim. Good cause exists to grant this motion:

1.  Defendants filed their motion on October 9, 2007. Plaintiff's opposition is due on October 25, 2007.

2.  Plaintiff's counsel currently is experiencing an unusually heavy workload, in particular, preparing a trial brief in *Garcia v. City of Laguna Beach*, Case No. 06CC10595 (Calif. Super. Ct., Orange Cty.) and a related reply brief due within an abbreviated time frame.

3.	No previous extension of time has been requested.

4.	Plaintiff's counsel contacted counsel for Defendants to request his clients' position regarding this motion pursuant to Rule 7(m).  Defendants' counsel indicated that his clients' do not oppose the motion.

For the above reasons, Plaintiff respectfully requests that the Court grant an extension of time to file Plaintiff's opposition of up to and including November 6, 2007.  A proposed order granting the relief requested is included with this motion.

Dated: October 19, 2007	Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ James F. Peterson
James F. Peterson
D.C. Bar No. 450171
501 School Street, S.W., Suite 500
Washington, D.C.  20024
(202) 646-5172

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, SW, Suite 500<br>Washington, D.C. 20024,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br>14th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20230,<br><br>and<br><br>CARLOS GUTIERREZ, in his official capacity as<br>Secretary of the U.S. Department of Commerce,<br>14th Street and Constitution Avenue, N.W.<br>Washington, D.C. 20230,<br><br>            Defendants. | Civil Action No. 07-1446 (RMU) |

**[PROPOSED] ORDER**

Upon review of Plaintiff's unopposed motion for an extension of time to file a response to Defendants' Motion to Dismiss for Lack of Jurisdiction or For Failure to State a Claim, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff's shall file their opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction or For Failure to State a Claim no later than November 6, 2007.

Dated: _____          _____
                                The Hon. Ricardo M. Urbina
                                United States District Judge